UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SWINTER GROUP, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.  4:16-CV-02064-HEA |
| ) | |
| PRECISION MULTIPLE CONTROLS, INC, ) | |
| d/b/a LUMASTROBE and LUMASTROBE ) | |
| WARNING LIGHTS, et al., ) | |
| ) | |
| Defendants. ) | |

## JOINT MOTION TO REMAND

Plaintiff Swinter Group, Inc., and Defendant Precision Multiple Controls, Inc. d/b/a Lumastrobe and Lumastrobe Warning Lights jointly move to remand the case to the Circuit Court of St. Charles County, Missouri, with all parties to bear their own costs and any actual expenses, including attorney fees, incurred as a result of the removal.

Defendant takes the position that this Court lacks federal subject-matter jurisdiction. Plaintiff disagrees, but rather than expend additional and unnecessary time and resources involved in filing and opposing a motion for summary judgment on jurisdictional grounds, and potentially litigating a related appeal, or reaching a settlement, only to face a jurisdictional objection from a class member, the parties have agreed to jointly seek remand to the Circuit Court of St. Charles County, Missouri, where there would be no question about the court's jurisdiction to proceed with this case or to approve a class settlement.

The parties have already been in communication with the mediator.

WHEREFORE, Plaintiff Swinter Group, Inc., and Defendant Precision Multiple Controls, Inc. d/b/a Lumastrobe and Lumastrobe Warning Lights request that the Court grant this motion.

        SO ORDERED ON JULY ___, 2017:

        _____
        **HENRY EDWARD AUTREY**
        **UNITED STATES DISTRICT JUDGE**

| **SCHULTZ & ASSOCIATES LLP** | **THOMPSON COBURN LLP** |
|---|---|
| By: /s/ Ronald J. Eisenberg<br>Ronald J. Eisenberg, #48674MO<br>640 Cepi Drive, Suite A<br>Chesterfield, MO 63005<br>(636) 537-4645<br>Fax: (636) 537-2599<br>reisenberg@sl-lawyers.com<br><br>*Attorney for Plaintiff*<br>*Swinter Group, Inc.* | By: /s/ Matthew D. Guletz<br>Matthew D. Guletz, #57410MO<br>One US Bank Plaza<br>St. Louis, MO 63101<br>314-552-6000<br>Fax: 314-552-7000<br>mguletz@thompsoncoburn.com<br><br>*Attorneys for Defendant*<br>*Precision Multiple Controls, Inc.* |

## CERTIFICATE OF SERVICE

I certify that on July 14, 2017, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all registered counsel of record.

        /s/ Ronald J. Eisenberg